Court of Appeals for the Seventh Circuit denied. *Olive A. Leitch* for petitioners. *Messrs. Samuel A. Ettelson* and *Albert H. Veeder* for respondents.

No. 307. WING *v.* PHILIPPINE RAILWAY Co. December 15, 1930. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Mr. Wm. J. Rohde* for petitioner. *Mr. Richard H. Wilmer* for respondent.

No. 540. KAHLE *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. December 15, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John J. Brennan, Jr., John F. McCarron,* and *Edward W. Foristel* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch, Paul D. Miller, Clarence M. Charest,* and *Prew Savoy* for respondent.

No. 536. PRATT ET AL. *v.* WEEKS; and
No. 537. SAME *v.* SAME. December 15, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Edgar Watkins* and *Mac Asbill* for petitioners. No appearance for respondents. Reported below: 43 F. (2d) 53.

No. 544. GILL v. BENJAMIN FRANKLIN REALTY & HOLDING Co. ET AL. December 15, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. William W. Montgomery, Horace Andrews,* and *William P. Belden* for petitioners. *Messrs. Stanley Folz* and *Frederic L. Ballard* for respondents.